ERVIN COHEN & JESSUP, LLP
Eric W. Cheung, SBN 235008
echeung@ecjlaw.com
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212
Phone: (310) 273-6333
Fax: (310) 887-6874

NICHOLS KASTER, PLLP
E. Michelle Drake, MN Bar #0387366*
drake@nka.com
John G. Albanese, MN Bar #0395882*
jalbanese@nka.com
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
*admitted *pro hac vice*

NICHOLS KASTER, LLP
Matthew C. Helland, SBN 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Phone: (415) 277-7235
Fax: (415) 277-7238

Attorneys for Plaintiff

*Defense counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANA FERGUSON, individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>ZIPRECRUITER, INC.,<br><br>Defendant. | Case No. 2:15-cv-04044-ODW-MRW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11<br><br>Complaint Filed: March 9, 2015<br>Notice of Removal: May 29, 2015 |

Plaintiff Tawana Ferguson and Defendant ZipRecruiter, Inc. (collectively the "parties"), by and through their counsel, hereby stipulate and agree to dismiss the above-captioned matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without an award of fees or costs to any party.

As a result of Defendant's agreement to stipulate to a dismissal without prejudice and waiving any right to seek costs or fees in connection with the captioned matter, Plaintiff stipulates and agrees that she will not serve or seek to serve as a named plaintiff or class representative in any class action or representative action against ZipRecruiter or otherwise participate in any class or representative action against ZipRecruiter that is based on or arises out of any events occurring as of the date of this stipulation. Plaintiff solely reserves her right, if any, to pursue a separate individual action against ZipRecruiter. Defendant does not concede that any such action would be viable and nothing in this stipulation operates as a waiver of any rights, defenses, and objections Defendant may have.

STIPULATED TO:

DATED: July 23, 2015                By: /s/E. Michelle Drake
                                    E. Michelle Drake, MN Bar #0387366*
                                    drake@nka.com
                                    4600 IDS Center, 80 S 8th Street
                                    Minneapolis, MN 55402
                                    Phone: (612) 256-3200
                                    Fax: (612) 338-4878
                                    *admitted *pro hac vice*

                                    Attorney For Individual And
                                    Representative Plaintiff

DATED: July 23, 2015                By: /s/Rod M. Fliegel
                                    Rod M. Fliegel, SBN 168289
                                    rfliegel@littler.com
                                    LITTLER MENDELSON, P.C.
                                    650 California St, 20th Floor

1

1  
2  San Francisco, CA 94108  
   Phone: (415) 433-1940  
3  Fax: (415) 399-8490  
   Attorney for Defendant  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

2

STIPULATION OF DISMISSAL                                    Case No. 2:15-cv-04044-ODW